**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| PAIGE M. KUETHER et al.<br>     Plaintiffs,<br><br>v.<br><br>DIAMOND INTERNATIONAL<br>GALLERIES, LLC et al.<br>     Defendants. | Civil Action No.:  1:09-cv-2974 (WDQ) |

### **[PROPOSED] ORDER**

This matter is before the Court on the Parties' Joint Motion to Continue the Settlement Order to permit the parties to negotiate a settlement.  Having reviewed the pleadings, and finding good cause to do so, it is HEREBY ORDERED that the deadline to reopen the litigation set forth Settlement Order dated November 15, 2010 is continued for 30 days,

and it is further ORDERED that the entry of this Order is without prejudice to the right of any party to move for good cause within 30 days to reopen this action if settlement is not consummated.

     SO ORDERED.


DATED: _____        _____
                                                                                  William D. Quarles, Jr.
                                                                                 UNITED STATES DISTRICT JUDGE