UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

PAIGE M. KUETHER et al.
Plaintiffs,

v.

DIAMOND INTERNATIONAL
GALLERIES, LLC et al.
Defendants.

Civil Action No.: 1:09-cv-2974 (WDQ)

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Paige M. Kuether, Lynn L. Montana, Raymond D. Montana, and Donald W. Montana (collectively, "Plaintiffs" or the "Montanas"), and Defendants Diamond International Galleries, LLC ("Diamond") and Stephen A. Geppi ("Geppi") agree and stipulate that all claims and affirmative defenses in the above-captioned matter are hereby dismissed with prejudice and without costs. The parties waive notice and all rights of appeal.

SO ORDERED.

_____   3/15/11
United States District Judge

DC-1513640 v1